JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, | NO. CV 07-01060 SJO (PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOUISE'S TRATTORIA, et al., | |
| Defendants. | |

    This action came before the Court on the parties' cross-motions for summary judgment. After full consideration of all admissible evidence, the Court finds that there is no triable issue of material fact in these cases with regard to Plaintiff Michael Saunders' claim against Defendants Louise's Trattoria and LT Acquisition Corp. ("Louise's") for violation of the Fair and Accurate Credit Transactions Act.

    It is hereby adjudged and decreed that judgment be entered in favor of Louise's on Saunders' claim, that Saunders take nothing, and that the action be dismissed with prejudice.

    IT IS SO ADJUDGED.

Dated this 24th day of June, 2008.         /S/ S. James Otero

                                                                S. JAMES OTERO
                                               UNITED STATES DISTRICT JUDGE