# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, | NO. CV 07-01060 SJO (PJWx) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| LOUISE'S TRATTORIA, et al., | |
| Defendants. | |

This action came before the Court on the parties' cross-motions for summary judgment. After full consideration of all admissible evidence, the Court finds that there is no triable issue of material fact in these cases with regard to Plaintiff Michael Saunders' claim against Defendants Louise's Trattoria and LT Acquisition Corp. ("Louise's") for violation of the Fair and Accurate Credit Transactions Act.

It is hereby adjudged and decreed that judgment be entered in favor of Louise's on Saunders' claim and that Saunders take nothing.

IT IS SO ADJUDGED.

Dated this 25th day of June, 2008.          /S/ S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE